Olivia Sanders SBN 208266
Law Offices of Olivia Sanders
8929 S. Sepulveda Blvd.  Suite 106
Los Angeles, CA  90045
(310) 641-9001
(310) 641-9007 (Facsimile)
Email: sanderslaw@sbcglobal.net
Attorneys for Plaintiff, Damon W. S.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damon W. S.,<br><br>         Plaintiff;<br><br>     vs.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>         Defendant. | Case No.: 2:22-cv-02938-SVW-RAO<br><br>[~~PROPOSED~~]<br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920.** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs Expenses, IT IS ORDERED that fees in the amount of $6,820.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

Dated:    5/23/24                          *Rozella A. Oliver*
                                                     _____
                                                     HONORABLE ROZELLA A. OLIVER,
                                                     United States Chief Magistrate Judge